KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6917
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-150 VRW |
|     Plaintiff, ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
|     v. ) | |
| JARED LLOYD SHAFF, ) | |
|     Defendant. ) | |

To the Honorable Bernard Zimmerman, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Jared Lloyd Shaff. The prisoner is required to appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in the following writ.

DATED: March 13, 2006                        Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
TRACIE L. BROWN
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 13, 2006

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR 06-150 VRW                    2

1  authorized deputies; and the Jailor, Warden or Sheriff of the Coffee Creek Correctional Facility,
2  P.O. Box 5670, Wilsonville, OR, 97070 (phone: 503-570-6470).

3  **GREETINGS**

4  The prisoner, Jared Lloyd Shaff, OR SID #14703547, is in custody in the above-
5  referenced institution.  He is required to appear as soon as possible on criminal charges now
6  pending against him in the United States District Court for the Northern District of California,
7  450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

8  WE COMMAND that you produce the prisoner before the Duty Magistrate of the
9  Northern District of California FORTHWITH.  You shall bring him before the Duty Magistrate,
10  15th Floor, as soon as possible.  You shall produce the prisoner at all times necessary until the
11  termination of the proceedings in this Court.  Immediately thereafter, you shall return the
12  prisoner to the above-referenced institution, or abide by whatever further order the Court may
13  make concerning his custody.

14  WE FURTHER COMMAND that if the prisoner is to be released from custody in the
15  above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States
16  Marshal or any of his authorized deputies pursuant to this writ.

17  WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the
18  United States District Court for the Northern District of California.

19  DATED: March 13, 2006                         CLERK
20                                                UNITED STATES DISTRICT COURT
21                                                NORTHERN DISTRICT OF CALIFORNIA

                                               _Rose Maher_
                                               DEPUTY CLERK

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR 06-150 VRW                    3