KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JARED LLOYD SHAFF,<br><br>    Defendant. | No. CR 06-150 ~~CRW~~  VRW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 8, 2006 TO MAY 23, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Hon. Elizabeth D. Laporte on May 8, 2006 and May 11, 2006. On May 8, 2006, the government moved for detention, and on May 11, 2006, the government's motion was granted.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an initial appearance before the Honorable Vaughn R. Walker on May 23, 2006 at 10:30 a.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 8, 2006 to May 23, 2006. The parties have agreed, and the Court finds and holds, as follows:

1. The parties have agreed to exclusions of time under the Speedy Trial Act. During the

1  time the government's motion to detain was pending – *i.e.*, the period May 8, 2006 to May 11,
2  2006 – time was excluded from the Speedy Trial clock pursuant to 18 U.S.C. § 3161(h)(1)(F).
3  For the period May 11, 2006 to May 23, 2006, failure to grant the requested continuance would
4  unreasonably deny both counsel reasonable time necessary for effective preparation, taking into
5  account government counsel's trial scheduled for certain days during the weeks beginning May
6  15, 2006 and May 22, 2006, and the government's need to produce discovery.  Failure to grant
7  the requested continuance would also deny the defendant and the government continuity of
8  counsel.
9  　　　　2. Given these circumstances, the Court found that the ends of justice served by
10 excluding the period from May 11, 2006 to May 23, 2006, outweigh the best interest of the
11 public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
12 　　　　3. Accordingly, and with the consent of the defendant, the Court ordered that the period
13 from May 8, 2006 to May 23, 2006, be excluded from Speedy Trial Act calculations under 18
14 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A) & (B)(iv).
15 　　　　5. The parties will appear before the Honorable Vaughn R. Walker on May 23, 2006, at
16 10:30 a.m.
17 　　　　IT IS SO STIPULATED.
18
19 DATED: _____            /S/ _____
                                          TRACIE L. BROWN
20                                        Assistant United States Attorney
21
22 DATED: _____          /S/ _____
                                          RONALD TYLER
23                                        Attorney for Jared Lloyd Shaff
24 　　　　IT IS SO ORDERED.
25
26 DATED: __June 8, 2006_____
27                                        THE HON. ELIZABETH D. LAPORTE
                                          United States Magistrate Judge
28

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

STIPULATION AND ORDER
CR 06-150 VRW                                      2