KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-150 VRW |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 23, 2006 TO JULY 11, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| JARED LLOYD SHAFF, ) | |
|    Defendant. ) | |

     The parties appeared before the Hon. Vaughn R. Walker on May 23, 2006.

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing before the Honorable Vaughn R. Walker on July 11, 2006 at 10:30 a.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 23, 2006 to July 11, 2006. The parties have agreed, and the Court finds and holds, as follows:

     1. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the exclusion would unreasonably deny both counsel reasonable time necessary for effective preparation, taking into account both counsel's scheduled absences from the office and

STIPULATION AND ORDER
CR 06-150 VRW                      1

1  the Defendant's counsel's need to review discovery.  Failure to grant the requested exclusion of
2  time would also deny the defendant and the government continuity of counsel.
3         2. Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from May 23, 2006 to July 11, 2006, outweigh the best interest of the public
5  and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
6         3. Accordingly, and with the consent of the defendant, the Court ordered that the period
7  from May 23, 2006 to July 11, 2006, be excluded from Speedy Trial Act calculations under 18
8  U.S.C. §§ 3161(h)(1)(F), (h)(8)(A) & (B)(iv).
9         5. The parties will appear before the Honorable Vaughn R. Walker on July 11, 2006, at
10  10:30 a.m.
11         IT IS SO STIPULATED.

13  DATED: June 15, 2006                            /S/
                                                   TRACIE L. BROWN
14                                                 Assistant United States Attorney

16  DATED: June 15, 2006                            /S/
                                                   RONALD TYLER
17                                                 Attorney for Jared Lloyd Shaff

18         IT IS SO ORDERED.

20  DATED: June 22, 2006



STIPULATION AND ORDER
CR 06-150 VRW                           2