FILED

OCT 1 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**  )
                               )
        **vs.**  )    **Docket Number: CR 06-00150-1 VRW**
                               )
    **Jared Lloyd Shaff**  )
                               )

---

**ORDER DESIGNATING A PSYCHIATRIST**

    ON MOTION OF THE COURT, pursuant to 18 U.S.C. § 3552(c), and good cause appearing,

it is hereby ordered that Iris R. Winey, Acting Chief Probation Officer

of this Court, select and designate a psychiatrist for the purpose of having this defendant examined

to assist the Court in determination of sentence.

Date: _____1 7 OCT 2006_____

                    Vaughn R. Walker
                    Chief United States District Judge