# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 06-00150-01 VRW |
| Jared Lloyd Shaff | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___November 28, 2006,___ be continued until ___March 6, 2007___ at ___10:30 a.m.___ .

Date: NOV 28 2006

Vaughn R. Walker
Chief United States District Judge

NDC-PSR-009 12/06/04